24cr173



# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  LAUREN M. IBANEZ
4  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   Tel: (702) 388-6179
6  Lauren.Ibanez@usdoj.gov
7  *Attorneys for the United States*

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

       AUG - 6 2024

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARIUS TERRELL JONES,<br><br>and<br><br>JERION BALLOTT,<br><br>Defendants. | **SEALED**<br>**CRIMINAL INDICTMENT**<br><br>Case No.: 2:24-cr- 0173-JAD-EJY<br><br>**VIOLATIONS:**<br><br><u>Counts One through Seven</u>:<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2) – False Statement During Purchase of a Firearm<br><br><u>Count Eight through Eleven</u>:<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2) –False Statement During Purchase of a Firearm (Aiding and Abetting)<br><br><u>Count Twelve</u>:<br>18 U.S.C. § 922(a)(1)(A), 923(a) and 924(a)(1)(D) – Engaging in the Business of Dealing Firearms Without a License |

**THE GRAND JURY CHARGES THAT:**

### COUNTS ONE THROUGH SEVEN
*False Statement During Purchase of a Firearm*

On or about the dates below, in the State and Federal District of Nevada,

## DARIUS TERRELL JONES

defendant herein, in connection with, as described below, the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States Code (the "Dealers"), knowingly made and caused to be made a false and fictitious written statement to each of the Dealers, which statements were intended and likely to deceive each of the Dealers as to a fact material to the lawfulness of the sale of said firearms under Chapter 44 of Title 18, United States Code, in that DARIUS TERRELL JONES did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein DARIUS TERRELL JONES represented that he was the actual transferee/buyer of the firearms, when in fact, and as the defendant well knew, he was not the actual transferee/buyer of the firearms and was buying them for another person.

| COUNT | DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|---|
| ONE | 05/18/2020 | New Frontier Armory | 1. Glock Model 26 9MM Pistol (S/N: BMXV676)) |
| TWO | 08/10/2020 | New Frontier Armory | 1. Ruger Model LC9, 9MM Pistol (S/N: 320-10828)<br><br>2. Remington Model R51, 9MM Pistol (S/N: 60004700R51)<br><br>3. Smith & Wesson Model M&P 380, .380 Caliber Pistol, (S/N: NFV7375) |
|  |  | New Frontier Armory | 1. Glock Model 17C, 9MM Pistol (S/N: KHL314) |

| | | | |
|---|---|---|---|
| THREE | 09/02/2020 | | 2. Glock Model 19, 9MM Pistol (S/N: BPLE584) |
| FOUR | 09/16/2020 | New Frontier Armory | 1. HS Produkt Model XD40, .40 Caliber Pistol (S/N: GM149525)<br><br>2. France Model FNS-9C, 9MM Caliber Pistol, (S/N: CSU0033011)<br><br>3. Glock Model 19, 9MM Pistol (S/N: BNFX122)<br><br>4. Glock Model 48, 9MM Pistol (S/N: BPZG510)<br><br>5. Glock Model 43, 9MM Pistol (S/N: AEUS304)<br><br>6. Glock Model 45, 9MM Pistol (S/N: BHYY362)<br><br>7. Glock Model 43, 9MM Pistol (S/N: AEUS067) |
| FIVE | 09/24/2020 | Discount Firearms and Ammo | 1. Smith & Wesson Model SD9VE, 9MM Pistol (S/N: FCR3333)<br><br>2. Smith & Wesson Model M&P 45 M2.0, .45 Caliber Pistol (S/N: NCP4404)<br><br>3. Walter Model CCP M2, 9MM Pistol (S/N: WK113439)<br><br>4. Glock Model 19X, 9MM Pistol (S/N: BRBT058)<br><br>5. Ruger Model Ruger 57, .57 Caliber Pistol (S/N: 641-51402) |

| | | | |
|---|---|---|---|
| | | | 6. Smith & Wesson Model M&P 9 M2.0, 9MM Pistol (S/N: NHF4868) |
| SIX | 01/26/2021 | Discount Firearms and Ammo | 1. Smith & Wesson Model M&P 9 Shield EX M2.0, 9MM Caliber Pistol (S/N: RJJ7115)<br><br>2. Israel Weapon Industry (IWI) Model Masada 9MM Pistol (S/N: M1017240)<br><br>3. Taurus Model G3, 9MM Caliber Pistol (S/N ABN 369800)<br><br>4. Taurus Model G3, 9MM Caliber Pistol (S/N: ABN366844) |
| SEVEN | 03/05/2021 | Discount Firearms and Ammo | 1. Glock Model 19 Gen5, 9MM Pistol (S/N: BSCM330)<br><br>2. Glock Model 22 Gen5, .40 Caliber Pistol (S/N: BPAD564)<br><br>3. Taurus Model G3C, 9MM Pistol (S/N: ABL115283)<br><br>4. Smith & Wesson M&P 9 Shield, 9MM Pistol (S/N: JFV0758)<br><br>5. Israel Weapon Model Masada, 9MM Pistol (S/N: M1016679)<br><br>6. Glock Model 43, 9MM Pistol (S/N: AFDA094) |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

# COUNTS EIGHT THROUGH AND ELEVEN
*False Statement During Purchase of a Firearm – Aiding and Abetting*

On or about the dates below, in the State and Federal District of Nevada,

**DARIUS TERRELL JONES, and**
**JERION BALLOTT**

defendants herein, in connection with, as described below, the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States Code (the "Dealers"), knowingly made and caused to be made a false and fictitious written statement to each of the Dealers, which statements were intended and likely to deceive each of the Dealers as to a fact material to the lawfulness of the sale of said firearms under Chapter 44 of Title 18, United States Code, in that DARIUS TERRELL JONES did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein DARIUS TERRELL JONES represented that he was the actual transferee/buyer of the firearms, when in fact, and as the defendant well knew, he was not the actual transferee/buyer of the firearms and was buying them for another person.

| COUNT | DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|---|
| EIGHT | 04/14/2021 | New Frontier Armory | 1. Diamondback Arms Inc. Model DB-15, 5.56 Caliber Pistol (S/N: DB2762370)<br><br>2. Glock Model 19X, 9 Caliber Pistol (S/N: BTDX659)<br><br>3. Ruger Model Ruger-57, 57MM Caliber Pistol (S/N: 642-15393) |

| | | | |
|---|---|---|---|
| | | | 4. Taurus International Model G2C, 9 MM Pistol (S/N: ACC680868) |
| | | | 5. Taurus Model G2C 9MM Pistol (S/N: ACC680868) |
| NINE | 11/15/2021 | New Frontier Armory | 1. Diamondback Arms Inc. Model DB-15, 5.56 Caliber Pistol (S/N: DB2762370) |
| | | | 2. Glock Model 19X, 9 Caliber Pistol (S/N: BTDX659) |
| | | | 3. Ruger Model Ruger-57, 57MM Caliber Pistol (S/N: 642-15393) |
| | | | 4. Taurus International Model G2C, 9 MM Pistol (S/N: ACC680868) |
| | | | 5. Taurus Model G2C 9MM Pistol (S/N: ACC680868) |
| TEN | 3/10/2022 | New Frontier Armory | 1. Smith & Wesson Model M&P 40 Shield, .40 caliber pistol (S/N: HMP7461) |
| | | | 2. Glock Model 43x, 9MM caliber Pistol, (S/N: BWKW063) |
| | | | 3. Glock Model G26, 9MM Pistol (S/N: PDY217) |
| | | | 4. Beretta Mode APX Carry, 9MM Pistol (S/N: AXC056285) |

| | | | |
|---|---|---|---|
| ELEVEN | 3/16/2022 | New Frontier Armory | 1. Glock Model 26 Gen 5, 9MM Pistol (S/N: AGKD407)<br><br>2. Taurus Model Gx4, 9MM Pistol (S/N: 1GA69722)<br><br>3. Taurus Model G3C, 9MM Pistol (S/N: ACM689259)<br><br>4. Glock model 22, .40 Pistol (S/N: VVU734) |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWELVE
*Engaging in the Business of Dealing Firearms Without a License*

Beginning from a time unknown but no later than on or about May 18, 2020, and continuing to or about March 16, 2022, in the State and Federal District of Nevada,

**DARIUS TERRELL JONES,**

defendant herein, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing

///
///
///
///
///
///
///

in, importing, and manufacturing firearms, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

DATED: this 6th day of August, 2024.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

LAUREN M. IBANEZ
Assistant United States Attorney