1

## UNITED STATES DISTRICT COURT

2

## DISTRICT OF NEVADA

3

UNITED STATES OF AMERICA,

4
        PLAINTIFF,

v.

Case No.: 2:24-cr- 173- JAD- EJY

5

DARIUS TERRELL JONES, and
JERION BALLOTT,

6

**Order Sealing Indictment**

       DEFENDANT(S)

7

8
     Based on the government's oral motion and the authority provided by Federal Rule

9
of Criminal Procedure 6(e)(4) and Local Rule IA 10-5, THE COURT HEREBY FINDS

10
AND ORDERS that the indictment in this case and all related documents must be kept

11
under seal until further order of the court.

12
     IT IS FURTHER ORDERED THAT the Clerk's Office for the United States

13
District Court for the District of Nevada must release the sealed indictment to the CJA

14
Panel Resource Attorney, who may use the information in the sealed indictment for the sole

15
purpose of securing defense counsel in a timely manner.

16
     IT IS FURTHER ORDERED THAT, on the day of the arrest of the first defendant

17
in this case, the CJA Resource Attorney may provide defense counsel a copy of the sealed

18
indictment.

19
     Dated:  August 6, 2024

20
                         _____

UNITED STATES MAGISTRATE JUDGE

21


DANIEL J. ALBREGTS
U.S. MAGISTRATE JUDGE

22

23

FILED       RECEIVED
ENTERED     SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 06 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY