UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DARIUS TERRELL JONES,<br><br>　　　　Defendant. | Case No. 2:24-cr-00173-JAD-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for July 8, 2025 at 10:00 a.m., be vacated and continued to August 25, 2025, at the hour of 10:00 a.m.; or to a time and date convenient to the court.

　　　DATED this 25th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE