UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARIUS TERRELL JONES,<br><br>    Defendant. | Case No. 2:24-cr-00173-JAD-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for August 25, 2025 at 10:00 a.m., be vacated and continued to October 27, 2025, at the hour of 10:00 a.m.

DATED this 4th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE

3